HERMAN FRANKFORT, Respondent, v. OAK CREST REALTY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MARIA GLAZAR, Respondent, v. THOMAS O'ROURKE GALLAGHER, Appellant.— Order denying defendant's motion for a bill of particulars reversed upon the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Defendant is entitled to the particulars which he seeks with respect to plaintiff's claim under well-settled authority. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

HARRY L. GREENBAUM, Appellant, v. FRANK J. BROWN, Respondent.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

LOUISA GREIS, Respondent, v. ARTHUR H. TURNER and NASSAU SUFFOLK BOND AND MORTGAGE GUARANTEE COMPANY, Appellants..—Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Seeger, Carswell and Scudder, JJ.

SAMUEL GRUBER and ROBERT MINTZER, Appellants, v. FORE REALTY CORPORATION and Others, Defendants, and SEYMOUR ROSENBERG, Respondent.— Order directing receiver to pay over his collections as therein provided affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

FRANCES J. HERSCHKOWITZ, Appellant, v. JULIA L. SCHWARTZ and Others, Respondents.— Order denying motion for temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

EDWARD E. HICKS, Respondent, v. MARY R. STOERMER, Appellant, and MARY E. FORSTER, Defendant.— Order, as resettled, granting injunction pendente lite affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

JOSEPH J. HURWITZ, Appellant, v. BRIGHTON BEACH BATHS, INC., and B. B. BATHING PARK, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

LEON HURWITZ, an Infant, by JOSEPH J. HURWITZ, His Guardian ad Litem, Appellant, v. BRIGHTON BEACH BATHS, INC., and B. B. BATHING PARK, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.